# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 99-30790
_____


LOUISIANA SEAFOOD MANAGEMENT COUNCIL, INC.; JOHN THOMPSON;
EDDIE LEJUINE; MATTHEW REAGAN; CLARA GERICA; TODD STIPELCOVICH;
BARRY SCHAFERKOTTER; DAVID MILLS; CHRISTON CHERAMIE;
PETER STEVEN HOTOPH; EUGENE HICKMAN; CHAD LAY; LINDBERG SANTINI;
NED F. MALLEY, JR.; AND BARISICH, INC.,

Plaintiffs-Appellants,

VERSUS

MURPHY J. FOSTER, JR., GOVERNOR; RICHARD P. IEYOUB, ATTORNEY GENERAL; JOE
HERRING; CHARLES CLARK; PETER VUJNOVICH; JOHN F. SCHNEIDER;
PETTY GISCLAIR; DANIEL BABIN; JOSEPH P. CORMIER; GLYNN CARVER;
WYNTON VIDRINE; LOUISIANA WILDLIFE AND FISHERIES COMMISSION;
AND LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-106)
_____

December 11, 2000

Before POLITZ, SMITH, and PARKER,
    Circuit Judges.

PER CURIAM:[*]

The plaintiffs challenge a state statute.  In a comprehensive opinion, the district court dismissed the complaint as barred by the doctrine of res judicata.

We have reviewed the briefs and applicable law and pertinent portions of the record and have heard the arguments of counsel.  We agree with the district court's persuasive reasoning, and we affirm, essentially for the reasons stated by the district court, with the exception of its discussion of judicial estoppel, which was not necessary to the result.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.